John Johnson *against* James Johnson.

THIS was an action of assumpsit—1st count, on a promissory note to pay plaintiff or bearer the sum of $315, money borrowed, when defendant should be thereunto afterwards requested. 2d count, insimul computassent, concerning divers sums of money due from defendant to plaintiff—general issue. On the trial, the plaintiff offered in evidence an instrument of writing, as follows : " Due James " Johnson, or bearer, the sum of three hundred and fifteen " dollars, money borrowed this the 20th of April, 1822. " John Johnson," to the admission of which defendant objected ; the objection was overruled, a bill of Exceptions taken, verdict and judgment for plaintiff. Defendant on writ of Error to this Court assigns the matter of the bill of Exceptions as Error.

*In assumpsit, 1st count on a promissory note,—2d, insimul computassent,—general issue,—a due bill sustains the declaration.*

Judge *Saffold* delivered the opinion of the Court.

The first count was on a promissory note, to be paid when defendant should be requested. The acknowledgment of a debt due for valuable consideration clearly implies a promise to pay it on request ; the note or due bill was sufficiently described according to its legal effect. Under the second count also the evidence was clearly admissible. Let the judgment be affirmed.

Judge *Lipscomb* not sitting.

*Ruffin* for plaintiff ; *White* and *Gordon* for defendant in Error.

---

Dade *against* Bishop.                                        *December,* 1824.

JUDGE *Saffold* delivered the opinion of the Court.

In this case, the declaration being in assumpsit, and of one count only, only describes four promissory notes for fifty dollars each. The only Error insisted on is, that the notes were included in one instead of several counts. This course has been sanctioned by former decisions of this Court, and if not preferable is at least as unexceptionable as any other. Let the judgment be affirmed.

*Several promissory notes may be included in the same count.*